**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 02-cr-00490-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MUHAMMAD ABDUL HAFEEZ,

    Defendant.

---

**ORDER FOR RETURN OF PASSPORT**

---

Before the Court is Defendant's Motion for Return of Passport. The Court having considered this motion and for good cause shown, IT IS HEREBY ORDERED that the Motion [<u>Filed June 11, 2008; Docket #266</u>] is **denied**. On October 30, 2007, Chief Judge Edward W. Nottingham ordered the passport forwarded to the United States Department of State, Office of research and Liaison because it was expired. Dock. #265. Accordingly, the passport is no longer under the control of this Court.

Dated at Denver, Colorado, this 18th day of June, 2008.

                      BY THE COURT:

                      <u>s/ Michael E. Hegarty</u>
                      Michael E. Hegarty
                      United States Magistrate Judge